Douglas C. Smith, Esq. (SBN 160013)
Smith Law Offices, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Dirul Robinson | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cv-05173-RGK(Ex) |
| v. | |
| City of Torrance, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

[Proposed] Final Pre-Trial Conference Order

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   November 7, 2022
☐ Other:

May 25, 2023
Date

Douglas C. Smith
Attorney Name
Defendants
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING