# Gammill Law

A PROFESSIONAL CORPORATION
1500 ROSECRANS AVENUE, SUITE 500
MANHATTAN BEACH, CALIFORNIA 90266
TELEPHONE 310.750.4149
INFO@GAMMILL.LAW

DAVID W. GAMMILL (SBN 258286)

Ty Anis (SBN 201973)
**THE LAW OFFICES OF TY ANIS**
1500 Rosecrans Ave., Suite 500
Manhattan Beach, California 90266
Tel.:(818) 240-7707
ty@tyanislaw.com

Attorneys for Plaintiff DIRUL ROBINSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRUL ROBINSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TORRANCE; TORRANCE POLICE DEPARTMENT; TORRANCE POLICE DEPARTMENT OFFICER SATTERFIELD; TORRANCE POLICE DEPARTMENT OFFICER YOUNG; TORRANCE POLICE DEPARTMENT OFFICER WALLACE; TORRANCE POLICE DEPARTMENT OFFICER TOMISIC; DOE POLICE OFFICERS 1–20, inclusive; and DOE CORRECTIONAL OFFICERS 1–20, inclusive;<br><br>Defendants. | Case No.: 2:22-cv-05173-RGK-E<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**<br><br>Pre-Trial Conference: June 5, 2023<br>Trial Date:            June 13, 2023 |

We, the jury, unanimously find the following verdict on the questions submitted to us based on the preponderance of the evidence:

**SECTION 1: DEFENDANT CHRISTOPHER ALLEN-YOUNG**

**Claim 1:    Excessive Force**

1. Did Defendant Christopher Allen-Young intentionally detain Plaintiff Dirul Robinson?

    Yes _____     No _____

*If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here and answer question 6 below, under Claim 2 "Unlawful Seizure and Detention."*

2. Was Defendant Christopher Allen-Young acting or purporting to act in the performance of his official duties as a police officer when he detained Plaintiff Dirul Robinson?

    Yes _____     No _____

*If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here and answer question 6 below, under Claim 2 "Unlawful Seizure and Detention."*

3. Did Defendant Christopher Allen-Young use excessive force in detaining Plaintiff Dirul Robinson?

        Yes                          No

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and answer question 6 below, under Claim 2 "Unlawful Seizure and Detention."*

4. Did Defendant Christopher Allen-Young's use of excessive force against Plaintiff Dirul Robinson cause harm to Mr. Robinson?

        Yes                          No

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and answer question 6 below, under Claim 2 "Unlawful Seizure and Detention."*

5. Do you find that Defendant Christopher Allen-Young's excessive force against Plaintiff Dirul Robinson was malicious, oppressive, or in reckless disregard of Mr. Robinson's rights?

        Yes                          No

*After answering either "yes" or "no" to question 5, please answer question 6 below, under Claim 2 "Unlawful Seizure and Detention."*

**Claim 2:   Unlawful Seizure and Detention**

6. Was Plaintiff Dirul Robinson intentionally seized and detained by officers acting under color of law?

          Yes             No

*If your answer to question 6 is yes, then answer question 7. If you answered no, stop here and answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

7. Was Defendant Christopher Allen-Young an integral participant in the seizure and detention of Plaintiff Dirul Robinson?

          Yes             No

*If your answer to question 7 is yes, then answer question 8. If you answered no, stop here and answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

8. Did Defendant Christopher Allen-Young know, or reasonably should have known, that his participation in the seizure and detention of Plaintiff Dirul Robinson would cause a deprivation of Mr. Robinson's rights?

          Yes             No

*If your answer to question 8 is yes, then answer question 9. If you answered no, stop here and answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

9. Was the seizure and detention of Plaintiff Dirul Robinson unreasonable?

Yes           No

*If your answer to question 9 is yes, then answer question 10. If you answered no, stop here and answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

10. Did Defendant Christopher Allen-Young's participation in the seizure and detention of Plaintiff Dirul Robinson cause harm to Mr. Robinson?

Yes           No

*If your answer to question 10 is yes, then answer question 11. If you answered no, stop here and answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

11. Do you find that Defendant Christopher Allen-Young's participation in the seizure and detention of Plaintiff Dirul Robinson was malicious, oppressive, or in reckless disregard of Mr. Robinson's rights?

Yes           No

*After answering either "yes" or "no" to question 11, please answer question 12 below, under Section 2 "DEFENDANT JOSHUA SATTERFIELD."*

# SECTION 2: DEFENDANT JOSHUA SATTERFIELD

**Claim 1:**     **Excessive Force**

12.   Did Defendant Joshua Satterfield intentionally detain Plaintiff Dirul Robinson?

           Yes                             No

*If your answer to question 12 is yes, then answer question 13.  If you answered no, stop here and answer question 17 below, under Claim 2 "Unlawful Seizure and Detention."*

13.   Was Defendant Joshua Satterfield acting or purporting to act in the performance of his official duties as a police officer when he detained Plaintiff Dirul Robinson?

           Yes                             No

*If your answer to question 13 is yes, then answer question 14.  If you answered no, stop here and answer question 17 below, under Claim 2 "Unlawful Seizure and Detention."*

14.   Did Defendant Joshua Satterfield use excessive force in detaining Plaintiff Dirul Robinson?

           Yes                             No

*If your answer to question 14 is yes, then answer question 15.  If you answered no, stop here and answer question 17 below, under Claim 2 "Unlawful Seizure and Detention."*

15. Did Defendant Joshua Satterfield's use of excessive force against Plaintiff Dirul Robinson cause harm to Mr. Robinson?

               Yes                            No

*If your answer to question 15 is yes, then answer question 16. If you answered no, stop here and answer question 17 below, under Claim 2 "Unlawful Seizure and Detention."*

16. Do you find that Defendant Joshua Satterfield's excessive force against Plaintiff Dirul Robinson was malicious, oppressive, or in reckless disregard of Mr. Robinson's rights?

               Yes                            No

*After answering either "yes" or "no" to question 16, please answer question 17 below, under Claim 2 "Unlawful Seizure and Detention."*

**Claim 2:     Unlawful Seizure and Detention**

17. Was Plaintiff Dirul Robinson intentionally seized and detained by officers acting under color of law?

               Yes                            No

*If your answer to question 17 is yes, then answer question 18. If you answered no, stop here and answer question 23 below, under Section 3 "DAMAGES."*

18. Was Defendant Joshua Satterfield an integral participant in the seizure and detention of Plaintiff Dirul Robinson?

          Yes                    No

*If your answer to question 18 is yes, then answer question 19. If you answered no, stop here and answer question 23 below, under Section 3 "DAMAGES."*

19. Did Defendant Joshua Satterfield know, or reasonably should have known, that his participation in the seizure and detention of Plaintiff Dirul Robinson would cause a deprivation of Mr. Robinson's rights?

          Yes                    No

*If your answer to question 19 is yes, then answer question 20. If you answered no, stop here and answer question 23 below, under Section 3 "DAMAGES."*

20. Was the seizure and detention of Plaintiff Dirul Robinson unreasonable?

          Yes                    No

*If your answer to question 20 is yes, then answer question 21. If you answered no, stop here and answer question 23 below, under Section 3 "DAMAGES."*

21. Did Defendant Joshua Satterfield's participation in the seizure and detention of Plaintiff Dirul Robinson cause harm to Mr. Robinson?

          Yes                    No

*If your answer to question 21 is yes, then answer question 22. If you answered no, stop here and answer question 23 below, under Section 3 "DAMAGES."*

22. Do you find that Defendant Joshua Satterfield's participation in the seizure and detention of Plaintiff Dirul Robinson was malicious, oppressive, or in reckless disregard of Mr. Robinson's rights?

                Yes                No

*After answering either "yes" or "no" to question 22, please answer question 23 below, under Section 3 "DAMAGES."*

# SECTION 3: DAMAGES

**Defendant Christopher Allen-Young**

23. As a result of Defendant Christopher Allen-Young's conduct, what is the amount of damages to which Plaintiff Dirul Robinson is entitled for each of the following categories?

- Past economic loss, including lost earnings: $_____
- Future economic loss, including lost earnings: $_____
- Past non-economic loss, including emotional distress: $_____
- Future non-economic loss, including emotional distress: $_____
- Punitive damages: $_____

    TOTAL:   $_____

*Please answer question 24 on the next page.*

**Defendant Joshua Satterfield**

24. As a result of Defendant Joshua Satterfield's conduct, what is the amount of damages to which Plaintiff Dirul Robinson is entitled for each of the following categories?

- Past economic loss, including lost earnings: $_____
- Future economic loss, including lost earnings: $_____
- Past non-economic loss, including emotional distress: $_____
- Future non-economic loss, including emotional distress: $_____
- Punitive damages: $_____

TOTAL: $_____

*STOP. There are no more questions to answer. Please instruct the foreperson to sign and date this verdict form below.*

Dated: _____      _____
                                                       JURY FOREPERSON