Douglas C. Smith, Esq. (SBN 160013)
Daniel W. Ferris, Esq. (SBN 318813)
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356
dsmith@smitlaw.com
dferris@smitlaw.com

Attorney for Defendants
OFFICER CHRISTOPHER ALLEN-YOUNG (erroneously sued herein as Torrance Police Department Officer Young), and
OFFICER JOSHUA SATTERFIELD (erroneously sued herein as Torrance Police Department Officer Satterfield)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRUL ROBINSON, an individual, | Case No.: 2:22-cv-05173-RGK(Ex) |
| Plaintiff, | **DEFENDANT CHRISTOPHER ALLEN-YOUNG'S PROPOSED SPECIAL VERDICT FORM** |
| vs. | |
| CITY OF TORRANCE; TORRANCE POLICE DEPARTMENT; TORRANCE POLICE DEPARTMENT OFFICER SATTERFIELD; TORRANCE POLICE DEPARTMENT OFFICER YOUNG; TORRANCE POLICE DEPARTMENT OFFICER WALLACE; TORRANCE POLICE DEPARTMENT OFFICER TOMSIC; DOE POLICE OFFICERS 1-20, inclusive; and DOE CORRECTIONAL OFFICERS 1-20, inclusive, | TRIAL DATE:  6/13/23<br>TIME:         9:00 a.m.<br>CTRM.:        850<br><br>*Complaint filed 7/26/22*<br>*First Amended Complaint filed 9/8/22* |
| Defendants. | |

1

**DEFENDANT CHRISTOPHER ALLEN-YOUNG'S
PROPOSED SPECIAL VERDICT FORM**

WE, THE JURY, in the above-entitled cause, make the following findings:

Did defendant, Christopher Allen-Young violate plaintiff Dirul Robinson's right under the Fourth Amendment to the United States Constitution to be free from an unlawful seizure of his person?

**Question No. 1:**

Answer:  Yes _____

No _____

Go to Question No. 2.

**Question No. 2:**

Did defendant Christopher Allen-Young violate plaintiff Dirul Robinson's right under the Fourth Amendment to the United States Constitution to be free from the use of unreasonable force upon his person?

Answer:  Yes _____

No _____

If you answered "Yes" to either Question Nos. 1 or 2, then answer Question Nos. 3 and 4.  If you answered "No" to both Question Nos. 1 and 2, please sign and date this verdict form.

**Question No. 3:**

Did plaintiff Dirul Robinson show by a preponderance of the evidence that the actions of defendant Christopher Allen-Young were done maliciously, or in reckless disregard or plaintiff Dirul Robinson's Constitutional rights?

Answer:  Yes _____

No _____

Go to Question No. 4.

///

**Question No. 4:**

Did defendant Christopher Allen-Young's Constitutional violation cause injury to plaintiff Dirul Robinson?

    Answer:        Yes _____

                      No  _____

Go to Question No. 5.

**Question No. 5:**

Please state the amount of damages to be awarded against defendant Christopher Allen-Young:

| | |
|---|---|
| Past economic loss, including lost earnings: | $_____ |
| Future economic loss, including lost earnings: | $_____ |
| Past non-economic loss, including emotional distress: | $_____ |
| Future non-economic loss, including emotional distress: | $_____ |
| TOTAL: | $_____ |

Dated: _____      _____
                                              FOREPERSON OF THE JURY

Dated: _____      SMITH LAW OFFICES, LLP

                                              By:_____
                                                  Douglas C. Smith
                                                  Daniel W. Ferris
                                                  Attorney for Defendants OFFICER CHRISTOPHER ALLEN-YOUNG (erroneously sued herein as Torrance Police Department Officer Young), and OFFICER JOSHUA SATTERFIELD (erroneously sued herein as Torrance Police Department Officer Satterfield

**DEFENDANT CHRISTOPHER ALLEN-YOUNG'S
PROPOSED SPECIAL VERDICT FORM**