# EXHIBIT "1"

1

```
1    CASE NUMBER:              YA098780-01
2    PEOPLE VS.                DIRUL ROBINSON
3    TORRANCE, CALIFORNIA      FRIDAY; FEBRUARY 21, 2020
4    DEPARTMENT SW-8           NICOLE C. BERSHON, JUDGE
5    REPORTED BY:              PAULETTE FRANCESCA, CSR 8942
6
7         (DIRUL ROBINSON, BEING PRESENT AND REPRESENTED
8          BY TY ANIS, ATTORNEY AT LAW; THE PEOPLE
9          REPRESENTED BY KATIE YASKE, DEPUTY DISTRICT
10         ATTORNEY, THE FOLLOWING PROCEEDINGS WERE HELD:)
11
12        THE COURT:  WE'RE ON THE RECORD IN THE CASE OF
13   DIRUL ROBINSON, YA098780.
14            APPEARANCES, PLEASE.
15       MR. ANIS:  GOOD MORNING.
16            TY ANIS ON BEHALF OF MR. ROBINSON,
17   PRESENT IN COURT OUT OF CUSTODY ON BOND.
18       MS. YASKE:  KATIE YASKE FOR THE PEOPLE.
19       THE COURT:  ALL RIGHT.  WAIVE READING OF
20   COMPLAINT, STATEMENT OF RIGHTS, DENY ANY AND ALL
21   SPECIAL ALLEGATIONS, PRIOR CONVICTIONS, SPECIAL
22   ENHANCEMENTS, AND CONTINUE TO MAINTAIN A NOT GUILTY
23   PLEA, MR. ANIS?
24       MR. ANIS:  YES, YOUR HONOR.
25       THE COURT:  IS THE DEFENSE READY?
26       MR. ANIS:  YES.
27       THE COURT:  ARE THE PEOPLE READY?
28       MS. YASKE:  YES.
```

```
 1    ON.  I JUST WANTED TO MOSTLY -- ARE YOU OKAY?  I THINK
 2    PROBABLY BETTER IF WE TURN THE LIGHTS BACK ON.
 3                 THANK YOU, SUE.
 4    BY MS. YASKE:
 5         Q     OKAY.  OFFICER ALLEN-YOUNG, I'M GOING TO
 6    ASK YOU A COUPLE QUESTIONS WHILE THIS IS STILL PLAYING.
 7                 WHEN YOU APPROACHED THE VEHICLE DID YOU
 8    APPROACH THE PASSENGER SIDE?
 9         A     YES, MA'AM.
10         Q     OKAY.  AND SO I'M GOING TO ASSUME THAT'S
11    OFFICER SATTERFIELD THERE ON THE DRIVER'S SIDE?
12         A     YES, MA'AM.
13         Q     OKAY.  WHEN YOU APPROACHED IT LOOKS LIKE
14    IN THE VIDEO YOU HAVE A WEAPON DRAWN; IS THAT RIGHT?
15         A     THAT IS.  I DID.
16         Q     OKAY.  WHAT KIND OF WEAPON DID YOU HAVE
17    DRAWN?
18         A     I HAD MY SERVICE WEAPON, IT WAS A GLOC
19    21.
20         Q     AND WHY DID YOU HAVE YOUR WEAPON DRAWN?
21         A     WELL, DUE TO THE FACT THAT WHEN WE
22    TURNED OUR LIGHTS ON AND YOU SEE IN THE VIDEO THAT HE,
23    THE DRIVER OF THAT VEHICLE MR. ROBINSON MAKES AN
24    IMMEDIATE LEFT, VEERED, SHARP TURN INTO THAT LANE AND
25    THEN ACCELERATES.  MY IMPRESSION OF THAT, OF WHAT I
26    THOUGHT IN THAT MOMENT WAS THAT HE WAS GOING TO TAKE
27    OFF ON US WHERE WE WOULD BE IN A VEHICLE PURSUIT AND HE
28    WAS TRYING TO FLEE IN THAT MOMENT.  SO DUE TO THAT.
```

| | |
|---|---|
| 1 | AND YES, HE COMPLIED, PULLED OVER TO THE |
| 2 | SIDE. I DON'T KNOW WHAT I'M EXPECTING WHEN A VEHICLE |
| 3 | DOES THAT, WHAT THE REASONS ARE BEHIND THAT. I DON'T |
| 4 | KNOW. I TAKE EVERY INSTANCE CASE-BY-CASE SCENARIO. |
| 5 | BECAUSE OF THAT I FELT THAT IT WAS NECESSARY TO HAVE MY |
| 6 | GUN DRAWN WHEN WE WENT UP TO THE CAR. AND MY PARTNER |
| 7 | WAS TALKING TO THE DRIVER AND THERE WAS ALSO A FRONT |
| 8 | PASSENGER AND A BACK PASSENGER IN THAT VEHICLE. THE |
| 9 | BACK PASSENGER, AT THE TIME HIS HANDS WERE MOVING |
| 10 | AROUND SO I MADE SURE THAT WE HAD COMPLIANCE. "LET ME |
| 11 | SEE YOUR HANDS." ONCE WE HAD COMPLIANCE, THAT I SAW |
| 12 | COMPLIANCE FROM EVERY PASSENGER IN THAT VEHICLE, I FELT |
| 13 | THAT IT WAS SAFE TO HOLSTER MY WEAPON. |
| 14 | Q AND DO YOU SEE THE DRIVER OF THAT |
| 15 | PORSCHE CAYENNE IN COURT TODAY? |
| 16 | A YES, I DO. |
| 17 | Q CAN YOU PLEASE POINT TO THAT PERSON AND |
| 18 | TELL ME SOMETHING HE OR SHE IS WEARING? |
| 19 | A YES. |
| 20 | MR. ROBINSON SITTING OVER HERE TO MY |
| 21 | LEFT WEARING THE GRAY SHIRT WITH BRAIDS AND TATTOOS. |
| 22 | THE COURT: FOR THE RECORD, THE WITNESS HAS |
| 23 | IDENTIFIED THE DEFENDANT MR. ROBINSON. |
| 24 | BY MS. YASKE: |
| 25 | Q WHEN YOU INITIALLY -- WHEN YOU AND |
| 26 | OFFICER SATTERFIELD INITIALLY GET UP TO THE VEHICLE, |
| 27 | WHAT WAS THE DEFENDANT'S DEMEANOR? |
| 28 | A HE WANTED TO KNOW WHY WE WERE STOPPING |

23

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                  FOR THE COUNTY OF LOS ANGELES
 3     DEPARTMENT SW-8           HON. NICOLE C. BERSHON, JUDGE
 4
 5     PEOPLE OF THE STATE OF CALIFORNIA, ) CASE NO.:
                                          ) YA098780
 6                    PLAINTIFF,          )
                           VS.            )
 7                                        )
       01 DIRUL ROBINSON,                 )
 8                                        )
                      DEFENDANT.          )
 9     _____)
10
11
12          I, PAULETTE L. FRANCESCA, OFFICIAL REPORTER OF
13     THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE
14     COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE
15     FOREGOING PAGES, 1 THROUGH 22, COMPRISE A TRUE AND
16     CORRECT TRANSCRIPT OF THE PROCEEDINGS IN THE MATTER OF
17     THE ABOVE-ENTITLED CAUSE ON FRIDAY, FEBRUARY 21, 2020.
18
19                DATED THIS_____DAY OF_____, 2022.
20
21
22                         _____
23                         PAULETTE L. FRANCESCA
                           CSR NO. 8942, RMR
24                         OFFICIAL REPORTER
25
26
27
28
```